IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

PATRICIA CHAMBERS, on her own behalf and
As next friend on behalf of the minor child
S.W.
    Plaintiff,

v.                                                    CIVIL NO. 1:19-CV-093-GHD-DAS

STEPHANIE GREEN-STUBBS and
STEFANY'S VOCAL & PERFORMANCE TRAINING STUDIOS LLC,
    Defendants.

## INJUNCTIVE ORDER

Pursuant to the Default Judgment [15] granted on March 11, 2020, this Court finds that the Plaintiff and the minor child S.W. are the rightful owners of the copyright for the lyrics to the song "Shake Rag." This Court further finds that Defendant Green-Stubbs fraudulently claimed to own the copyright for this work and fraudulently acquired a copyright registration from the U.S. Copyright Office for this work, specifically Registration No. SRu001299941. In light of these facts and in conjunction with the opinion of the Register of Copyright on this case, it is hereby ORDERED that:

(1) the Defendants are ENJOINED from using Registration No. SRu001299941, including but not limited to filing any Digital Millennium Copyright Act (DMCA) takedown notices citing this copyright registration and alleging ownership of the copyrighted work;

(2) the Defendants are ENJOINED from infringing on the Plaintiff's copyrighted work, including but not limited to: publicly performing the copyrighted work; reproducing the copyrighted work; selling copies of the copyrighted work; creating derivative works from the copyrighted works; and selling recordings or compilations that include the copyrighted work;

(3) Defendant Green-Stubbs will use the procedures described in Section 1807.4(E) of the Compendium of U.S. Copyright Office Practices to request from the U.S. Copyright Office that the Office cancel her copyright registration; and

(4) Defendant shall pay the Plaintiff's court costs, with the Plaintiff submitting to the court a record and bill of these costs.

SO ORDERED, this, the 12th day of January, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

2