IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

PATRICIA CHAMBERS, on her own behalf and
As next friend on behalf of the minor child
S.W.

                PLAINTIFF

v.            CIVIL NO. 1:19-CV-093-GHD-DAS

STEPHANIE GREEN-STUBBS and
STEFANY'S VOCAL & PERFORMANCE TRAINING STUDIOS LLC,

                DEFENDANTS

## ORDER DENYING DEFENDANT GREEN-STUBBS'S MOTION FOR A NEW TRIAL

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant Stephanie Green-Stubbs's Motion for a New Trial [33], construed by the Court as a Motion to Alter or Amend a Judgment, is DENIED.

SO ORDERED, this the 5th day of April, 2021.

                                              SENIOR U.S. DISTRICT JUDGE